BRANDON C. FERNALD (BAR NO. 222429)
RACHEL D. STANGER (BAR NO. 200733)
**FERNALD LAW GROUP LLP**
510 W. Sixth St., Suite 700
Los Angeles, California  90014
Telephone:  (323) 410-0300
Facsimile:   (323) 410-0330
E-Mail: brandon.fernald@fernaldlawgroup.com

DAVID A. SKEELS (*Pro Hac App to be filed)*
DECKER A. CAMMACK (*Pro Hac App to be filed*)
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135
Telephone:  817.878.0500
Facsimile:  817.878.0501
Email:  dskeels@whitakerchalk.com
            dcammack@whitakerchalk.com

Attorneys for Plaintiff North Star Innovations, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH STAR INNOVATIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> UMC GROUP USA AND CYPRESS SEMICONDUCTOR CORPORATION, <br><br> Defendants. | Case No. 8:16-cv-01721 <br><br> **JOINT STIPULATION REQUESTING THIRTY DAY STAY OF CASE** <br><br> **[PROPOSED ORDER]** |

Plaintiff North Star Innovations, Inc. ("Plaintiff") and Defendants UMC Group USA ("UMC") and Cypress Semiconductor Corporation ("Cypress"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an order staying this case for a period of thirty (30) days in order to permit the parties additional time to formalize a settlement of these proceedings. In support of this request, the parties show unto the Court as follows:

1. Pending before this Court is Cypress's Motion for Transfer, currently set for hearing on January 30, 2017;

2. In addition, Cypress and UMC have filed Motions to Dismiss, which will be heard, if necessary, following this Court's ruling on the Motion to Transfer.

3. The parties have been involved in ongoing settlement discussions and are confident that a settlement can be formalized within the next thirty (30) days.

4. It is therefore in the interest of the parties and judicial economy to curtail the expenditure of fees and costs with respect to the pending motions, so that the parties can focus their respective efforts and resources on settlement.

**WHEREFORE,** the parties jointly request that the Court enter an order vacating the January 30, 2016 hearing on Cypress's Motion to Transfer and otherwise staying all pending deadlines in this lawsuit, including but not limited to the respective opposition and reply deadlines associated with the Motions to Dismiss and Motion to Transfer, for a period of thirty (30) days. If a settlement is not formalized within that time period, the hearing, as well as the opposition and reply deadlines can be reset.

- 1 -

**IT IS SO STIPULATED.**

Dated: January 6, 2017    By: */s/ Brandon C. Fernald*
Brandon C. Fernald (SBN 222429)
brandon.fernald@fernaldlawgroup.com
Fernald Law Group
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: +1 323.410.0320
Facsimile: +1 323.410.0330

David A. Skeels (*pro hac vice*)
dskeels@whitakerchalk.com
Decker Cammack (*pro hac vice*)
dcammack@whitakerchalk.com
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: +1 817.878.0573
Facsimile: +1 817.878.0501

**Attorneys for Plaintiff
North Star Innovations Inc.**

Dated: January 6, 2017    By: */s/ David M. Hoffman*
Christopher S. Marchese (SBN 170239)
Marchese@fr.com
Fish & Richardson P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

Betty H. Chen (SBN 290588)
bchen@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

David M. Hoffman (Pro Hac Vice)
hoffman@fr.com
Fish & Richardson P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-4070
Facsimile: (512) 320-8935

**Attorneys for Defendant,
Cypress Semiconductor Corporation**

Dated: December 19, 2016    By:   */s/ Dipu A. Doshi*
Cheryl S. Chang (SBN 237098)
chang@blankrome.com
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Jeffrey K. Sherwood (Pro Hac Vice)
jsherwood@blankrome.com
Dipu A. Doshi (Pro Hac Vice)
ddoshi@blankrome.com
Megan Renee Wood (Pro Hac Vice)
mwood@blankrome.com
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202.420.2200
Facsimile: 202.420.2201

**Attorneys for Defendant,
UMC Group USA**

- 3 -